

Friday, July 01, 2011

No. 11–0589/AR.  U.S. v. Randa L. Taylor.  CCA 20080958.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted, up to and including July 20, 2011.

Wednesday, July 6, 2011

No. 11–0543/AR.  U.S. v. Noel L. Veloria.  CCA 20090483.  On consideration of Appellant's motion to withdraw the petition for grant of review without prejudice, it is ordered that said motion is hereby granted.

No. 11–0567/AR.  U.S. v. Eric L. Nordin.  CCA 20090044.

Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including July 20, 2011*, and absent *extraordinary circumstances, no further extension of time will be granted in this case.*

No. 11–0582/MC.  U.S. v. Christian W. Carney.  CCA 201000149.  Appellant's motion to file a corrected copy of the supplement to the petition for grant of review is granted.

Thursday, July 7, 2011

No. 11–0560/AR.  U.S. v. John A. White, III.  CCA 20100222.  On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.*

No. 11–0569/AR.  U.S. v. Elijah M. Hawk.  CCA 20100588.  On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted of the following specified issue:

> WHETHER THE AFFIRMED FORFEITURE OF $1137.00 PAY PER MONTH FOR TWO MONTHS AT A SPECIAL COURT–MARTIAL WAS ILLEGAL UNDER ARTICLE 19, UCMJ, AND RULE FOR COURTS–MARTIAL 1003(b)(2) WHEN APPELLANT WAS REDUCED TO E–1 AS PART OF THE SENTENCE.

The decision of the United States Army Court of Criminal Appeals is affirmed as to findings and to only so much of the sentence as provides for forfeiture of $964.00

---

\*  It is noted that the military judge neglected to seal the pleadings and record of a closed hearing under MRE 412(c)(2).  Accordingly, the Clerk is directed to seal Appellate Exhibits VIII and IX and pages 55–70.  [See also ORDERS GRANTING PETITION FOR REVIEW this date.]